

Thursday, June 9, 2011

No. 11–0361/AR.   U.S. v. Mark C. Chartier.   CCA 20100312.   On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, we note that Appellant raises for the first time on appeal an issue that was not presented to the lower court that requires factfinding.   In accordance with C.A.A.F. R. 30A, it is appropriate for the Court of Criminal Appeals to consider this issue initially.   Accordingly, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE CONVENING AUTHORITY FAILED TO COMPLY WITH A MATERIAL TERM OF THE PRETRIAL AGREEMENT BY FAILING TO WAIVE AUTOMATIC FORFEITURES.

The decision of the United States Army Court of Criminal Appeals is set aside, and the case is returned to the Judge Advocate General for remand to the Court of

Criminal Appeals for further review under Article 66, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866 (2006). Thereafter, Article 67, UCMJ, will apply. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 11–0361/AR. U.S. v. Mark C. Chartier. CCA 20100312. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 11–0282/AR. U.S. v. Bobby D. Morrissette. CCA 20090166. Appellee's motion to file a supplemental joint appendix is granted.

No. 11–0534/AF. U.S. v. William S. Bryant. CCA 37619. On consideration of the motions filed by Major Reggie D. Yager to withdraw as Appellate Defense Counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellants and that the new counsel has assumed representation of said Appellants. Accordingly, it is ordered that said motions are hereby granted.

No. 11–0516/AR. U.S. v. Maurice K. Robins. CCA 20090996. Appellant's motion to attach additional matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), set forth in Appendix C is hereby granted.

Friday, June 10, 2011

No. 11–6007/AR. U.S. v. Demetrice K. Baker. CCA 20100841. Appellee's motion for leave to attach a complete copy of Appellate Exhibit XIV to the record of trial granted.